Peter Kristofer Strojnik, State Bar No. 242728
strojnik@skplaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409

Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTICE OPERATING COMPANY LLC,<br><br>Defendants. | Case No: 3:19-cv-05909-JCS<br><br>**NOTICE OF SETTLEMENT** |

    Please take notice that the above case has settled. The parties request that all future hearings and conferences be vacated, as the parties expect dismissal papers to be filed in the coming weeks.

    DATED this 5th day of November, 2019.

                                        /s/ Peter Kristofer Strojnik
                                        Peter Kristofer Strojnik (242728)
                                        Attorneys for Plaintiff